# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID HOLLETT,<br><br>                    Plaintiff,<br>v.<br><br>MIKE WINWARD, et al.,<br><br>                    Defendants. | 3:22-cv-00329-MMD-CSD<br><br>**ORDER** |

On November 14, 2023, Defendants filed their Motion for Summary Judgment (ECF No. 31) in this action. To date, Plaintiff has failed to oppose the motion.

Plaintiff shall be given an additional **thirty (30) days** from the date of this order within which to file a response to Defendants' Motion for Summary Judgment (ECF No. 31).

**IT IS SO ORDERED.**

DATED: December 7, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

1